JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANGIE LUNA, an individual, | Case No.: 2:19-cv-03399-DDP (GJSx) |
| Plaintiff, | District Judge: Hon. Dean D. Pregerson |
| vs. | |
| NUTRIBULLET, L.L.C., a California Limited Liability Company; CAPITAL BRANDS, L.L.C., a California Limited Liability Company; CALL TO ACTION, L.L.C. a California Limited Liability Company; HOMELAND HOUSEWARES, L.L.C., a California Limited Liability Company; NUTRILIVING, L.L.C. a California Limited Liability Company<br>Defendants. | **ORDER RE: STIPULATION OF DISMISSAL** |

///

///

///

///

1  Pursuant to the stipulation of the parties under Federal Rule of Civil
2  Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed
3  with prejudice as to all claims, causes of action, and parties, with each party
4  bearing that party's own attorney's fees and costs. The clerk is directed to close the
5  file.
6  Dated: December 10, 2024

_____
Judge Dean D. Pregerson
United States District Court Judge